FILED
APR 19 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 07 064 T |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. §§ 843(b) |
| | ) | |
| ELLIOT RIVERA CRUZ | ) | |

<u>INFORMATION</u>

The United States Attorney charges that:

On or about August 11, 2004, in the District of Rhode Island, the defendant, ELLIOT RIVERA CRUZ, did knowingly and intentionally use a communication facility, that is, a cellular telephone, in committing, causing and facilitating the commission of a violation of 21 U.S.C. §§ 841, that is, knowingly and intentionally distributing and possessing with intent to distribute a mixture and substance or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.

All in violation of 21 U.S.C. § 843 (b).

ROBERT C. CORRENTE
UNITED STATES ATTORNEY

By: ____________________
MARY E. ROGERS
Assistant U.S. Attorney

By: ____________________
STEPHEN DAMBRUCH
Assistant U.S. Attorney
Criminal Chief

Dated: 4-18-07