AO 455 (Rev. 5/96) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ELLIOT RIVERA CRUZ

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07 064 T

I, ELLIOT RIVERA CRUZ, the above named defendant, who is accused of

Knowingly and intentionally using a communication facility, that is, a cellular telephone, in committing, causing and facilitating the commission of a violation of 21 U.S.C. §§ 841, that is, knowingly and intentionally distributing and possessing with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, all in violation of 21 U.S.C. § 843 (b)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 26, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Elliot R. Cruz
Defendant
ELLIOT RIVERA CRUZ

Mary S. McElroy
Counsel for Defendant
MARY MCELROY, Esq.

Before [signature]
Judicial Officer USMJ